# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGKAT MANNING, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT M. COCHRANE, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No. 05-1929-JM (LSP)<br><br>*(Copyright)*<br><br>**ORDER OF DISMISSAL** |

On October 11, 2007, the parties filed joint motion to dismiss, noting that they had reached a settlement agreement. The parties stipulated that the Magistrate Judge shall retain jurisdiction over all disputes arising out of the settlement agreement. Therefore, this action is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated:  November 7, 2007

JEFFREY T. MILLER
United States District Judge

CC:    All parties